Matthew G. Monforton  (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone:  (406) 570-2949
Facsimile:  (406) 551-6919
E-mail:     matthewmonforton@yahoo.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA

| | |
|---|---|
| NATIONAL PRO-LIFE ALLIANCE, | ) |
| Plaintiff, | ) Case No. 6:16-cv-00041-DWM ) |
| v. | ) **NOTICE OF VOLUTARY DISMISSAL** ) **WITHOUT PREJUDICE** ) |
| JONATHAN MOTL, in his official capacity as the Commissioner of Political Practices for the State of Montana; TIMOTHY C. FOX, in his official capacity as Attorney General for the State of Montana; | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff National Pro-Life Alliance, by and through its counsel, hereby gives notice of its voluntary dismissal of this case without prejudice.

1. On May 24, 2016, Plaintiff filed a Verified Complaint for Declaratory and Injunctive Relief in this Court.

2. Defendants have not answered or moved for summary judgment.

3. Fed. R. Civ. P. 41(a)(1)(A)(i) provides that so long as the opposing party has not yet served either an answer or motion for summary judgment in response to the complaint, a plaintiff may voluntarily dismiss his case without a court order by filing a notice of dismissal.

4. Plaintiff hereby gives such notice of voluntary dismissal and thereby respectfully requests that this matter be dismissed and the file closed by the Clerk of Court.

DATED: August 11, 2016

                                            Respectfully submitted,

                                            <u>/s/ Matthew G. Monforton</u>
                                            Matthew G. Monforton
                                            Attorney for Plaintiff