IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NATIONAL PRO-LIFE ALLIANCE, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN MOTL, in his official capacity as the Commissioner of Political Practices for the State of Montana; TIMOTHY C. FOX, in his official capacity as Attorney General for the State of Montana, <br><br> Defendants. | CV 16–41–H–DWM <br><br><br> ORDER |

Plaintiff National Pro-Life Alliance having filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), (Doc. 3),

IT IS ORDERED that the above-captioned case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close the case.

DATED this 11th day of August, 2016.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT